599 A.2d 647

**COMMONWEALTH of Pennsylvania**

v.

**Gilbert HAMMOND, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 25, 1991.

Decided Nov. 22, 1991.

Sara Webster, Doylestown, for appellant.

Terrence Houck, Doylestown, Christopher H. Osplen, Pipersville, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Case remanded to Court of Common Pleas of Bucks County for an evidentiary hearing on the claim of ineffective assistance of counsel regarding the stipulation as to the competency of the child witness.